UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CONRAD RICHARD          CIVIL ACTION

VERSUS

EASTERN MENTAL HEALTH
SYSTEM FORENSIC DIVISION,
ET AL          NO. 14-699-JJB

## RULING ON MOTION TO DISMISS

This case is before the Court on a Motion to Dismiss (Doc. 17) filed by defendants Community Forensic Services, Department of Health and Hospital, Eastern Mental Health System Forensic Division, and Probation Department of Public Safety and Corrections. The defendants have moved to dismiss the complaint (Doc. 1) filed by *pro se* plaintiff Conrad Richard (Richard). The defendants have filed a memorandum in support of their motion (Doc. 17-1), and Richard has filed an opposition (Doc. 21). Oral argument is unnecessary.

This court now adopts the arguments asserted by the defendants in their Motion to Dismiss. We do not have jurisdiction to hear the asserted claims. The Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 17) is hereby GRANTED.

Signed in Baton Rouge, Louisiana, on June 25, 2015.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**